Same case below, 418 Fed. Appx. 158.

**No. 10-11121. Carl Edward Dodson, Petitioner v. United States.**

565 U.S. 868, 132 S. Ct. 217, 181 L. Ed. 2d 119, 2011 U.S. LEXIS 6658.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 357.

**No. 10-11122. Antonio Diaz-Delgado, Petitioner v. United States.**

565 U.S. 868, 132 S. Ct. 217, 181 L. Ed. 2d 119, 2011 U.S. LEXIS 6797.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 639.

**No. 10-11123. Daryl Bernard Carter, Petitioner v. United States.**

565 U.S. 868, 132 S. Ct. 217, 181 L. Ed. 2d 119, 2011 U.S. LEXIS 6478.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 288.

**No. 10-11124. John W. Pieper, Jr., Petitioner v. Robert P. Houston, Director, Nebraska Department of Correctional Services.**

565 U.S. 868, 132 S. Ct. 217, 181 L. Ed. 2d 119, 2011 U.S. LEXIS 6745.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-11125. Carl Brown, Petitioner v. United States.**

565 U.S. 868, 132 S. Ct. 217, 181 L. Ed. 2d 119, 2011 U.S. LEXIS 7015.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-11126. Leo Smith, Petitioner v. United States.**

565 U.S. 868, 132 S. Ct. 218, 181 L. Ed. 2d 119, 2011 U.S. LEXIS 6721.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 241.

**No. 10-11127. Paul Gunter, Petitioner v. Massachusetts.**

565 U.S. 868, 132 S. Ct. 218, 181 L. Ed. 2d 119, 2011 U.S. LEXIS 6730.

October 3, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 459 Mass. 480, 945 N.E.2d 386.